# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1561

SCRIPTPRO, LLC and SCRIPTPRO USA, INC.,

                      Plaintiffs-Appellants,

v.

INNOVATION ASSOCIATES, INC.,

                      Defendant-Appellee.

Appeal from the United States District Court for the District of Kansas in case no. 06-CV-2468, Judge Carlos Murguia.

Authorized Abbreviated Caption[2]

SCRIPTPRO, LLC V INNOVATION ASSOCIATES, 2013-1561

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.