_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

NO. 2013-1561
_____

SCRIPTPRO, LLC AND SCRIPTPRO USA, INC.,

*Plaintiffs-Appellants,*

v.

INNOVATION ASSOCIATES, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Kansas
in Case No. 2:06-cv-2468-CM-JPO
United States District Judge Carlos Murguia
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**
_____

B. Trent Webb
Angel D. Mitchell
Christine A. Guastello
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone:  (816) 474-6550
Fax:  (816) 421-5547

*Attorneys for Defendant-Appellee
Innovation Associates, Inc.*

December 10, 2013

Defendant-Appellee Innovation Associates, Inc. ("Innovation") moves with consent of Plaintiffs-Appellants ScriptPro LLP and ScriptPro USA, Inc. ("ScriptPro") pursuant to Federal Circuit Rule 26(b) and 27 for an order extending the deadline for Innovation to file its principal brief by 30 days until January 20, 2014. In support, Innovation states:

1. Innovation's principal brief is currently due on December 20, 2013.

2. The requested extension is not sought for an improper purpose.

3. This is Innovation's first request for extension.

4. Innovation states that the extension is sought because of conflicts in the schedules of Innovation's counsel.

5. Innovation's counsel has conferred with ScriptPro's counsel, Justin Poplin, and confirmed that ScriptPro does not oppose this motion and does not intend to file an opposition or response.

Accordingly, Innovation respectfully requests that the Court grant this motion and enter an order extending the deadline for Innovation to file its principal brief by 30 days, until January 20, 2014.

Dated: December 10, 2013    Respectfully submitted,

  SHOOK, HARDY & BACON L.L.P.

By: */s/ Christine A. Guastello*
   Angel D. Mitchell
   B. Trent Webb
   Christine A. Guastello
   2555 Grand Boulevard
   Kansas City, Missouri 64108-2613
   Phone:  (816) 474-6550
   Fax:  (816) 421-5547

   *Attorneys for Defendant-Appellee*
   *Innovation Associates, Inc.*

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

NO. 2013-1561
_____

SCRIPTPRO, LLC AND SCRIPTPRO USA, INC.,

*Plaintiffs-Appellants,*

v.

INNOVATION ASSOCIATES, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Kansas
in Case No. 2:06-cv-2468-CM-JPO
United States District Judge Carlos Murguia
_____

**DECLARATION OF CHRISTINE A. GUASTELLO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**
_____

B. Trent Webb
Angel D. Mitchell
Christine A. Guastello
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone:  (816) 474-6550
Fax:  (816) 421-5547

*Attorneys for Defendant-Appellee*
*Innovation Associates, Inc.*

I, Christine A. Guastello, declare as follows:

1. My name is Christine A. Guastello, and I am one of the attorneys representing Innovation Associates, Inc. ("Innovation") in the above-captioned appeal. I am competent to testify about the facts set forth herein, and I do so from personal knowledge.

2. Innovation's principal brief is currently due on December 20, 2013.

3. Innovation seeks an extension of 30 days to file its principal brief.

4. The requested extension is not sought for an improper purpose.

5. This is Innovation's first request for extension.

6. Innovation states that the extension is sought because of conflicts in the schedules of Innovation's counsel.

7. Innovation's counsel has conferred with ScriptPro's counsel, Justin Poplin, and confirmed that ScriptPro does not oppose this motion and does not intend to file an opposition or response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2013　　Respectfully submitted,

　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.


　　　　　　　　　　　　　　　By: */s/ Christine A. Guastello*
　　　　　　　　　　　　　　　　　Angel D. Mitchell
　　　　　　　　　　　　　　　　　B. Trent Webb
　　　　　　　　　　　　　　　　　Christine A. Guastello
　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　Kansas City, Missouri 64108-2613
　　　　　　　　　　　　　　　　　Phone: (816) 474-6550
　　　　　　　　　　　　　　　　　Fax: (816) 421-5547

　　　　　　　　　　　　　　　　　*Attorneys for Defendant-Appellee*
　　　　　　　　　　　　　　　　　*Innovation Associates, Inc.*

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ScriptPro, LLC    v. Innovation Associates, Inc.

No. 2013-1561

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Innovation Associates certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Innovation Associates, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Identified Above

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
No parent corporation or any publicly held company owns 10% or more of the stock of Innovation Associates, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see attached sheet

| December 10, 2013 | /s/ Christine A. Guastello |
|---|---|
| Date | Signature of counsel |
|  | Christine A. Guastello |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record

124

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1561

SCRIPTPRO, LLC

Plaintiffs-Appellant

v.

INNOVATION ASSOCIATES, INC.

Defendants-Appellees

## ADDITIONAL PAGE FOR QUESTION 4 OF CERTIFICATE OF INTEREST

| | |
|---|---|
| B. Trent Webb<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>bwebb@shb.com | Angela D. Mitchell<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>amitchell@shb.com |
| Brittany A. Boswell<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>bboswell@shb.com | Christine A. Guastello<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>cguastello@shb.com |
| Douglas M. Greenwald<br>McAnany, Van Cleave & Phillips, PA – KCK<br>10 East Cambridge Circle Drive, Suite 300<br>Kansas City, Kansas 66103<br>(913) 371-3838<br>dgreenwald@mvplaw.com | E. Page Wilkins<br>Formerly of: Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066 |
| Carlos Perez-Albuerne<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>cperez@choate.com | Dana L. Popkave<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>dpopkave@choate.com |

| | |
|---|---|
| Kathleen B. Shields<br>Formerly of: Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066 | Michael E. Murawski<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>Mmurawski@choate.com |
| Mark Levy<br>Hinman Howard & Kattell, LLP<br>80 Exchange Street, PO Box 5250<br>Binghamton, NY 13901<br>(607) 231-6991<br>mlevy@hhk.com | |

# **CERTIFICATE** OF SERVICE

The undersigned hereby certifies that on December 10, 2013 APPELLEE INNOVATION ASSOCIATES UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF was electronically filed with the United States Court of Appeals for the Federal Circuit using CM/ECF and said system generated and sent a Notice of Docket Activity via email to the following counsel of record:

| | |
|---|---|
| Allen Justin Poplin | David V. Clark |
| R. Scott Beeler | Travis W. McCallon |
| Jennifer Hannah | Lathrop & Gage LLP |
| Lathrop & Gage LLP | 2345 Grand Blvd., Suite 2800 |
| 10851 Mastin Blvd., Suite 1000 | Kansas City, MO 64108 |
| Overland Park, KS 66210 | dclark@lathropgage.com |
| jpoplin@lathropgage.com | tmccallon@lathropgage.com |
| rsbeeler@lathropgage.com | |
| jhannah@lathropgage.com | |

By: */s/ Christine A. Guastello*
Attorney for Appellee