UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NO. 2013-1561

SCRIPTPRO, LLC AND SCRIPTPRO USA, INC.,

*Plaintiffs-Appellants,*

v.

INNOVATION ASSOCIATES, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Kansas
in Case No. 2:06-cv-2468-CM-JPO
United States District Judge Carlos Murguia

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO FILE PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**

B. Trent Webb
Angel D. Mitchell
Christine A. Guastello
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendant-Appellee
Innovation Associates, Inc.*

January 10, 2014

Defendant-Appellee Innovation Associates, Inc. ("Innovation") moves with consent of Plaintiffs-Appellants ScriptPro LLP and ScriptPro USA, Inc. ("ScriptPro") pursuant to Federal Circuit Rule 26(b) and 27 for an order extending the deadline for Innovation to file its principal brief by 30 days until February 20, 2014. In support, Innovation states:

1. Innovation's principal brief is currently due on January 21, 2014.

2. The requested extension is not sought for an improper purpose.

3. This is Innovation's second request for extension.

4. Innovation states that the extension is sought because of conflicts in the schedules of Innovation's counsel. In particular, Innovation's counsel has a trial scheduled to begin in another case the first week of February.

5. Innovation's counsel has conferred with ScriptPro's counsel, R. Scott Beeler, and confirmed that ScriptPro does not oppose this motion and does not intend to file an opposition or response.

Accordingly, Innovation respectfully requests that the Court grant this motion and enter an order extending the deadline for Innovation to file its principal brief by 30 days, until February 20, 2014.

Dated: January 10, 2014	Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By: /s/ Angel D. Mitchell
    Angel D. Mitchell
    B. Trent Webb
    Christine A. Guastello
    2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
    Phone: (816) 474-6550
    Fax: (816) 421-5547

    *Attorneys for Defendant-Appellee*
    *Innovation Associates, Inc.*

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NO. 2013-1561

SCRIPTPRO, LLC AND SCRIPTPRO USA, INC.,

*Plaintiffs-Appellants,*

v.

INNOVATION ASSOCIATES, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Kansas
in Case No. 2:06-cv-2468-CM-JPO
United States District Judge Carlos Murguia

**DECLARATION OF ANGEL D. MITCHELL IN SUPPORT OF
UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE
PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**

B. Trent Webb
Angel D. Mitchell
Christine A. Guastello
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendant-Appellee
Innovation Associates, Inc.*

I, Angel D. Mitchell, declare as follows:

1. My name is Angel D. Mitchell, and I am one of the attorneys representing Innovation Associates, Inc. ("Innovation") in the above-captioned appeal. I am competent to testify about the facts set forth herein, and I do so from personal knowledge.

2. Innovation's principal brief is currently due on January 21, 2014.

3. Innovation seeks an extension of 30 days to file its principal brief.

4. The requested extension is not sought for an improper purpose.

5. This is Innovation's second request for extension.

6. Innovation states that the extension is sought because of conflicts in the schedules of Innovation's counsel. In particular, Innovation's counsel has a patent infringement trial scheduled to begin in another case the first week of February.

7. Innovation's counsel has conferred with ScriptPro's counsel, R. Scott Beeler, and confirmed that ScriptPro does not oppose this motion and does not intend to file an opposition or response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of January, 2014

                                                                                       /s/ Angel D. Mitchell
                                                                                       Angel D. Mitchell

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ScriptPro, LLC     v. Innovation Associates, Inc.

No. 2013-1561

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Innovation Associates certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Innovation Associates, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Identified Above

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

No parent corporation or any publicly held company owns 10% or more of the stock of Innovation Associates, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see attached sheet

January 10, 2014          /s/ Angel D. Mitchell
Date          Signature of counsel

Angel D. Mitchell
Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1561

SCRIPTPRO, LLC

Plaintiffs-Appellant

v.

INNOVATION ASSOCIATES, INC.

Defendants-Appellees

## ADDITIONAL PAGES FOR QUESTION 4 OF CERTIFICATE OF INTEREST

| | |
|---|---|
| B. Trent Webb<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>bwebb@shb.com | Angela D. Mitchell<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>amitchell@shb.com |
| Brittany A. Boswell<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>bboswell@shb.com | Christine A. Guastello<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 474-6550<br>cguastello@shb.com |
| Douglas M. Greenwald<br>McAnany, Van Cleave & Phillips, PA – KCK<br>10 East Cambridge Circle Drive, Suite 300<br>Kansas City, Kansas 66103<br>(913) 371-3838<br>dgreenwald@mvplaw.com | E. Page Wilkins<br>Formerly of: Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066 |
| Carlos Perez-Albuerne<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>cperez@choate.com | Dana L. Popkave<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>dpopkave@choate.com |

| | |
|---|---|
| Kathleen B. Shields<br>Formerly of: Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066 | Michael E. Murawski<br>Choate Hall & Stewart LLP – Boston<br>Two International Place<br>Boston, Massachusetts 02111<br>(617) 248-4066<br>Mmurawski@choate.com |
| Mark Levy<br>Hinman Howard & Kattell, LLP<br>80 Exchange Street, PO Box 5250<br>Binghamton, NY 13901<br>(607) 231-6991<br>mlevy@hhk.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2014 APPELLEE INNOVATION ASSOCIATES' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF was electronically filed with the United States Court of Appeals for the Federal Circuit using CM/ECF and said system generated and sent a Notice of Docket Activity via email to the following counsel of record:

Allen Justin Poplin
R. Scott Beeler
Jennifer Hannah
Lathrop & Gage LLP
10851 Mastin Blvd., Suite 1000
Overland Park, KS 66210
jpoplin@lathropgage.com
rsbeeler@lathropgage.com
jhannah@lathropgage.com

David V. Clark
Travis W. McCallon
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
dclark@lathropgage.com
tmccallon@lathropgage.com

By: /s/ Angel D. Mitchell
Attorney for Appellee